Commonwealth *v.* Reitelbach, Appellant.

Submitted September 14, 1973. *John J. Duffy,* for appellant; *Abraham A. Hobson, III,* Assistant District Attorney, *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Sanders, Appellant.

Submitted June 11, 1973. *Marshall E. Kresman,* and *Lewis A. Walder,* for appellant; *James J. Wilson,* Assistant District Attorney, *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.